# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **CAPITOL EYE CARE, INC.,** ) | |
| ) | |
| **JEFFERSON CITY ORAL AND** ) | |
| **MAXILLOFACIAL SURGERY, L.L.C.,** ) | |
| ) | |
| and ) | |
| ) | |
| **MID-MISSOURI ANESTHESIA** ) | |
| **CONSULTANTS, P.C.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:22-cv-04191-WJE |
| ) | |
| v. ) | |
| ) | |
| **TEHUM CARE SERVICES, INC. d/b/a** ) | |
| **CORIZON HEALTH, INC.,** ) | |
| ) | |
| **CHS TX, Inc.,** ) | |
| ) | |
| **YESCARE CORP.,** ) | |
| ) | |
| and ) | |
| ) | |
| **STATE OF MISSOURI** ) | |
| **DEPARTMENT OF CORRECTIONS,** ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANT CHS TX, INC.'S CERTIFICATE OF INTEREST**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 for the United States District Court for the Western District of Missouri, Defendant CHS TX, Inc., by its undersigned counsel, hereby states that it does not have any parent companies, subsidiaries, or affiliates that have issued shares to the public.

Dated: January 6, 2023                                   Respectfully submitted,

**DOWD BENNETT LLP**

*/s/ Philip A. Cantwell*
Philip A. Cantwell #65505
Adam J. Simon #72956
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
pcantwell@dowdbennett.com
asimon@dowdbennett.com

*Attorneys for CHS TX, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, a copy of the foregoing was served via this Court's electronic filing system, which will send Notices of Electronic Filing to all parties of record.

/s/      Philip A. Cantwell