IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CAPITOL EYE CARE, INC., JEFFERSON CITY ORAL AND MAXILLOFACIAL SURGERY, L.L.C., CMMP SURGICAL CENTER, L.L.C., and MID-MISSOURI ANESTHESIA CONSULTANTS, P.C., <br><br> Plaintiffs, <br><br> v. <br><br> TEHUM CARE SERVICES, INC. d/b/a CORIZON HEALTH, INC., CHS TX, INC., YESCARE CORP., AND STATE OF MISSOURI DEPARTMENT OF CORRECTIONS, <br><br> Defendants. | Civil Action No. 2:22-cv-04191-MDH <br><br> Removed from the Circuit Court of Cole County, Missouri <br> Case No. 22AC-CC07354 <br><br> Class Action |

**TEHUM CARE SERVICES, INC. d/b/a CORIZON HEALTH, INC.'S SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**

Tehum Care Services, Inc. f/k/a Corizon Health, Inc. ("Debtor"), one of the named defendants herein, files this *Suggestion of Bankruptcy and Notice of Automatic Stay* and would respectfully show as follows:

1. On February 13, 2023 (the "Petition Date"), Debtor filed a voluntary petition pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case").

2. As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation

of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtor's estate.

3. The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case. If any party violates the stay, the Debtor may seek to have such actions deemed void, move for sanctions in the Bankruptcy Court and recover actual damages, including costs and attorneys' fees, arising from the violation of the stay.

Dated: February 13, 2023

Respectfully submitted,

*/s/ R. Thomas Warburton*
R. Thomas Warburton (MO Bar No. 65477)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203
205.521.8987
twarburton@bradley.com

*Counsel for Defendant Tehum Care Services, Inc.*
*d/b/a Corizon Health, Inc.*

# CERTIFICATE OF SERVICE

  I hereby certify that on February 13, 2023, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system. We provided copies to:

  Blake I. Markus
  CARSON & COIL, P.C.
  515 East High Street
  P.O. Box 28
  Jefferson City, MO 65102

  *Counsel for Plaintiffs*

  Eliot Michael Gusdorf
  Assistant Attorney General
  815 Olive Street, Suite 200
  St. Louis, MO 63101
  (314) 340-7861
  Eliot.Gusdorf@ago.mo.gov

  *Counsel for Defendant MDOC*

  Philip A. Cantwell
  Adam J. Simon
  7676 Forsyth Blvd., Suite 1900
  St. Louis, MO 63105
  (314) 889-7300 (telephone)
  (314) 863-2111 (facsimile)
  pcantwell@dowdbennett.com
  asimon@dowdbennett.com

  *Counsel for Defendant CHS TX, Inc.*

            */s/ R. Thomas Warburton*
            R. Thomas Warburton