# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

| | | |
|---|---|---|
| CAPITOL EYE CARE, INC., et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-04191-MDH |
| | ) | |
| TEHUM CARE SERVICES, INC. d/b/a | ) | |
| CORIZON HEALTH, INC., et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

## MOTION TO WITHDRAW AS COUNSEL AND INCORPORATED SUPPORTING SUGGESTIONS

Pursuant to Local Rule 83.2, R. Thomas Warburton of the law firm Bradley Arant Boult Cummings LLP respectfully moves to withdraw as counsel for Defendant Tehum Care Services, Inc. d/b/a Corizon Health, Inc. ("Tehum"). In support of this Motion, the undersigned counsel states as follows:

1.     This action has been stayed since March 28, 2023 in light of Tehum's Chapter 11 bankruptcy filing on February 13, 2023, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. *In re Tehum Care Servs.*, Case No. 23-90086-CML. While this case is currently stayed pending further orders of the Court (Doc. 60), undersigned counsel understands that Plaintiffs intend to promptly notify the Court of happenings in the underlying bankruptcy, and, presumably, ask the Court to lift the stay in this case. *See* March 13, 2026 Email from Plaintiffs' Counsel, attached as **Exhibit A**. As such, undersigned counsel anticipates likely needing to re-engage with this case in the near future as Tehum's current counsel of record.

2.     Good cause exists to permit the undersigned counsel of record to withdraw as counsel for Tehum in this case at this time. *See* Local Rule 83.2 (requiring the filing of a motion

1

to withdraw by an attorney seeking to withdraw, wherein it must be established that good cause exists to warrant dismissal). Tehum has failed to fulfill its obligations to its counsel, specifically failing to pay its counsel's legal bills. The undersigned counsel's law firm has made repeated attempts to contact Tehum about payment in this and other matters for many months. The undersigned counsel's law firm has provided repeated notice that the undersigned counsel would seek to withdraw from representation in this and other matters unless Tehum fulfilled its obligations. The legal bills remain unpaid to date.

3. Further, good cause exists to permit undersigned counsel to withdraw as undesigned counsel understands through conversations with the bankruptcy trustee (Mr. Matthew Dundon) that should this Motion be granted, Attorney Zachary Hemenway will file a limited notice of appearance on behalf of Tehum and file a statement providing Tehum's position on why the Chapter 11 Plan continues to enjoin the filing or continuation of any suit against Tehum (including this lawsuit), notwithstanding the default of certain parties' settlement obligations in the underlying bankruptcy.

4. The undersigned has provided Tehum, Mr. Dundon, and Mr. Hemenway with a copy of this Motion prior to filing, and will provide a file-stamped copy to the same the day this Motion is filed. Tehum advised that it consented to this Motion.

5. Withdrawal will not result in material adverse effect on Tehum's (or any other parties') interests. This case remains stayed for the time being. *See* Doc. 60. Should the stay be lifted by the Court (or Plaintiffs' counsel file a motion seeking to lift the stay), Mr. Hemenway is prepared to file a limited notice of appearance on behalf of Tehum and make the necessary filing indicating Tehum's legal position in response to the same.

2

**WHEREFORE,** the undersigned counsel for Tehum respectfully moves this Court to permit withdrawal as counsel for Tehum in this case and for any other relief that the Court deems just and appropriate.

Dated: April 1, 2026

Respectfully submitted,

*/s/ R. Thomas Warburton*
R. Thomas Warburton (MO Bar No. 65477)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203
205.521.8987
twarburton@bradley.com

*Counsel for Tehum Care Services, Inc. d/b/a Corizon Health, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

By: */s/ R. Thomas Warburton*
R. Thomas Warburton

3